# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAMS POINTE I, L.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 16-750 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| TRU-FLEX METAL HOSE CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Having considered Magistrate Judge Eddy's ruling dated November 8, 2017, the Tru-Flex Defendants' Objections (Doc. 223) and Plaintiffs' Responses (Doc. 227), the Objections are OVERRULED. As a general matter, the District Court is disinclined to micromanage Judge Eddy's carefully-constructed pretrial schedule (*see generally* Doc. 77); and, more specifically, the Court agrees with Plaintiffs that Judge Eddy's ruling was neither clearly erroneous nor contrary to law. Accordingly, the Order dated November 8, 2017 hereby is **AFFIRMED**.

IT IS SO ORDERED.

December 5, 2017    s\Cathy Bissoon
　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record