IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMS POINTE I, L.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 16-750 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| TRU-FLEX METAL HOSE CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 26, 2018, the Magistrate Judge issued a Report (Doc. 259) recommending that the Adams Pointe Defendants' Motions to Dismiss (Docs. 138 & 140) the Third-Party Complaint be granted in part and denied in part, as described in the Report. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is ORDERED that the Adams Pointe Defendants' Motions to Dismiss (**Docs. 138 & 140**) are **GRANTED** with respect to the Third-Party Plaintiffs' claims for indemnification, and otherwise **DENIED**. The Magistrate Judge's Report and Recommendation (Doc. 259) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 15, 2018                                    s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record