IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAMS POINTE I, L.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 16-750 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| TRU-FLEX METAL HOSE CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 21, 2018, the Magistrate Judge issued a Report (Doc. 263) recommending that the Court deny the Flex Defendants' Motions (Docs. 207 & 208) to Dismiss the claims of Plaintiffs Bayberry North and Betters Real Estate. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is ORDERED that the Flex Defendants' Motions (**Docs. 207 & 208**) to Dismiss are **DENIED**, and the Magistrate Judge's Report and Recommendation (Doc. 263) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


April 5, 2018                                                  s\Cathy Bissoon
                                                               Cathy Bissoon
                                                               United States District Judge

cc (via ECF email notification):

All Counsel of Record