IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMS POINTE I, L.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 16-750 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Cynthia Reed Eddy |
| TRU-FLEX METAL HOSE CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 25, 2019, the Magistrate Judge issued a Report (Doc. 303) recommending that Third-Party Defendant Ward's Motion to Dismiss (Doc. 284) be granted. Service of the Report and Recommendation ("R&R") was made on the parties, and Third-Party Plaintiffs have filed Objections. *See* Docs. 306 & 307.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Third-Party Defendant Ward's Motion to Dismiss (**Doc. 284**) is **GRANTED**; the Third-Party claims for contribution against Ward are **DISMISSED WITH PREJUDICE**; and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 12, 2019                                   s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge


cc (via ECF email notification):

All Counsel of Record