IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMS POINTE I, L.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 16-750 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Cynthia Reed Eddy |
| TRU-FLEX METAL HOSE CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 17, 2020, the Magistrate Judge issued a Report (Doc. 346) recommending that Plaintiffs' amended Motion (Doc. 315) for class certification be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and both sides have filed Objections. *See* Docs. 347 & 348.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Plaintiffs' amended Motion (**Doc. 315**) for class certification is **DENIED**, and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 24, 2020                                s\Cathy Bissoon
                                                            Cathy Bissoon
                                                            United States District Judge

2

cc (via ECF email notification):

All Counsel of Record